IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL HERNANDEZ, JR., | ) | No. C 11-2740 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **DISMISSAL ORDER** |
| v. | ) | |
| | ) | |
| SANTA CLARA COUNTY; SANTA | ) | |
| CLARA VALLEY HEALTH & | ) | |
| HOSPITAL SYSTEM ADULT | ) | |
| CUSTODY HEALTH CARE; SANTA | ) | |
| CLARA COUNTY DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Order of Dismissal filed on September 8, 2011, is hereby AMENDED *nunc pro tunc* as follows.  The following passage, appearing at 1:21-23 of the Order of Dismissal:

> Plaintiff filed an amended complaint that does not cure the deficiencies in the original complaint.  The Court now reviews the complaint and dismisses it with leave to amend.

is replaced with:

> Plaintiff filed an amended complaint, which the Court now reviews.  Because the amended complaint does not cure the deficiencies in the original complaint, the case is dismissed.

IT IS SO ORDERED.

DATED: September 19, 2011

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL HERNANDEZ JR,

        Plaintiff,

  v.

SANTA CLARA VALLEY HEALTH AND
HOSPITAL SYSTEM ADULT CUSTODY
HEALTH CARE et al,

        Defendant.

_____/

Case Number: CV11-02740 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Hernandez
T-05919
North Kern State Prison
PO Box 4999
Delano, CA 93216

Dated: September 19, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk